EXHIBIT 11

**Prof. Mohamed Ibrahim Khalil & Associates**
Advocates & Commissioners of Oath

### General Power of Attorney

We, Mr. Abdel Qader, Ms. Souad, Ms. Amal, Ms. Kawthar, Ms. Maha, Ms. Amira, Ms. Aida and Ms. Wedad Ibrahim Saeed, in our capacity as the heirs of the estate of our father Mr. Ibrahim Saeed Ibrahim by virtue of the Decree of Estate Distribution No. 493/1405 AH "Khartoum Sharia Court" (a copy of such Decree of Estate Distribution is attached hereto) and the estate of our mother Mrs. Sayeda Hussein by virtue of the Decree of Estate Distribution No. 402/2003 Estate 333/2003 "Khartoum Sharia Court" (a copy of such Decree of Distribution is attached hereto);

Whereas we and our principal, under this Power of Attorney, own 11 shares out of 13 shares of the total area of Plots Nos. 117 and 121 Matary Al Halfaia, Plot No. 18 Al Jaili and Plot No. 25 Al Mugrn;

Therefore we hereby authorize our brother: Mr. Mohamed (El Fatih) Ibrahim Saeed to act on our behalf in all procedures related to verifying and classifying the shares, changing the register, extracting the certificates related to the above mentioned plots. For such purpose, the Attorney may take any necessary action.

He is also entitled to sell, mortgage or lease all or part of our shares in the above mentioned plots or take any other legal acts and register same to any third arty. For such purpose, our Attorney is entitled to represent us before the courts, land registration departments, banks and all official and unofficial authorities. The Attorney is also authorized to, on our behalf, sign any document, pay any fees, receive any cash or incorporeal entitlements and give any relevant receipts and releases. In general, the Attorney may represent us in taking any necessary legal acts.



**IN WITNESS WHEREOF**, we, being of sound mind, voluntarily and willingly signed this Power of Attorney.

<u>Signature:</u>

Mr. Abdel Qader Ibrahim Saeed Ibrahim, holding Personal ID Card No. KHSH080305041 issued at Nile East on 05/03/2008: [Signed]

Ms. Souad Ibrahim Saeed Ibrahim, holding Passport No. 93486 issued at Khartoum on 26/03/2002: [Signed]

Ms. Amal Ibrahim Saeed Ibrahim, holding Passport No. 0648308 issued at Khartoum on 07/07/2005: [Signed]

Ms. Kawthar Ibrahim Saeed Ibrahim, holding Passport No. 825668 issued at Khartoum on 29/04/2006: [Signed]

Ms. Maha Ibrahim Saeed Ibrahim, holding Passport No. 973147 issued at Khartoum on 02/06/2002: [Signed]

Ms. Amira Ibrahim Saeed Ibrahim, holding Passport No. B0811993 issued at Khartoum on 26/03/2006: [Signed]

Ms. Aida Ibrahim Saeed Ibrahim, holding Passport No. C0688524 issued at Khartoum on 19/10/2010: [Signed]

Ms. Wedad Ibrahim Saeed Ibrahim, holding Passport No. B0471946 issued at Khartoum on 25/9/2004: [Signed]

<u>Witnesses:</u>

1. Mr. Mohammed Al Reih Ahmed Abdullah, holding Bar Association Membership Card No. 17740 issued on 03/07/2011 AD

2. Ahmed Abu Kashwa Jaafar Ahmed, holding Passport No. C0510961 issued at Khartoum on 28 January 2009 AD

[Signed]                    [Signed]



<u>T/M/A/Kh/7/2012</u>

I, Professor Mohamed Ibrahim Khalil, advocate and commissioner of oath, hereby acknowledge that, on 20 March 2012, Mr. Abdel Qader Ibrahim Saeed Ibrahim, Ms. Souad Ibrahim Saeed Ibrahim, Ms. Amal Ibrahim Saeed Ibrahim, Ms. Kawthar Ibrahim Saeed Ibrahim, Ms. Maha Ibrahim Saeed Ibrahim, Ms. Amira Ibrahim Saeed Ibrahim and Ms. Aida Ibrahim Saeed Ibrahim appeared before me. After verifying the identity and nationality of the said persons through their passports and ID cards, they acknowledged that they understood the content of this document and signed this acknowledgment after swearing oath in the presence of the witnesses mentioned hereinabove.

This acknowledgment is issued, signed and stamped by me on 20 March 2012.

[Signed]
Mohamed Ibrahim Khalil
Advocate & Commissioner of Oaths – Khartoum

[Stamped with a seal reading: Mohamed Ibrahim Khalil, Advocates & Commissioners of Oaths]

Flat # 1, 1808 Plot 84, Almamourah, Siteen Street, P. O. Box 7479, Khartoum 11123 Tel: 015488620 / Emergencies 0123920041
E-mail: info@mik-law.org    Web: www.mik-law.org





**Prof. Mohamed Ibrahim Khalil**
*& Associates*
**Advocates & Commissioners of Oaths**

البروفيسير/ محمد ابراهيم خليل
وزملاؤه
محامون وموثقون

## توكيل عام

نحن عبد القادر وسعاد و أمل وكوثر ومها وأميرة وعنيدة ووداد ابراهيم سعيد ابراهيم بصفتنا وارثين لتركة والدنا ابراهيم سعيد ابراهيم بموجب الاعلام الشرعي رقم ٤٩٣/١٤٠٥ هـ (الخرطوم الشرعية) – مرفق - وتركة والدتنا سيدة حسين بموجب الاعلام الشرعي رقم ٤٠٢/ ٢٠٠٣ تركة ٣٣٣ / ٢٠٠٣ (الخرطوم الشرعية) – مرفق –

- بما أننا نملك نحن وموكلنا بموجب هذا التوكيل - المالكون لـ (١١) احد عشر من (١٣) ثلاثة عشر جزءاً من مجموع مساحة الساقية ١١٧ و ١٢١ مطري الحلفايه والساقية ١٨ الجيلي والقطعة ٢٥ المقرن البالغة.

- فإننا بموجب هذا التوكيل قد أوكلنا شقيقنا محمد (الفاتح) ابراهيم سعيد ابراهيم لينوب عنا فى كافة الاجراءات المتعلقة بتثبيت الحصص وفرزها وكل ما يترتب على ذلك من تغيير السجل واستخراج شهادات البحث الخاصة بالسواقى وقطع الأرض المذكورة وقد فوضناه تفويضاً كاملاً لهذا الغرض.

- كما أوكلناه ليقوم نيابة عنا توكيلاً كاملاً فى بيع أو رهن أو ايجار كل أو بعض حصصنا فى السواقى والقطع المذكورة أو أي تصرفات قانونية أخرى وأن يقوم بتسجيلها للغير، وأنه فى سبيل ذلك أن يمثلنا أمام المحاكم وادارات تسجيل الأراضي، والبنوك وسائر الجهات الرسمية وغير الرسمية، وأن يوقع نيابة عنا وأن يدفع ما يلزم من رسوم وأن يستلم ما يستحق لنا من حقوق نقدية أو عينية وأن يعطى عنا ما يلزم من ايصالات بالاستلام وابراء الذمة وعموماً قد أوكلناه للقيام بكل ما يجوز لنا قانوناً القيام به من تصرفات.

- واعمالاً لذلك فقد وقعنا على هذا التوكيل طواعية واختياراً وبكامل قوانا العقلية.

## التوقيع

| | |
|---|---|
| عبد القادر ابراهيم سعيد ابراهيم | ب. ش. KHSH080305041 شرق النيل ت: ٢٠٠٨/٣/٥م |
| سعاد ابراهيم سعيد ابراهيم | جواز رقم ٩٣٤٨٦ الخرطوم ت: ٢٠٠٢/٣/٢٦ |
| أمل ابراهيم سعيد ابراهيم | جواز ٠٦٤٨٣٠٨ الخرطوم ت: ٢٠٠٥/٧/٧ |
| كوثر ابراهيم سعيد ابراهيم | جواز ٨٢٥٦٦٨ الخرطوم ت: ٢٠٠٦/٤/٢٩ |
| مها ابراهيم سعيد ابراهيم | جواز ٩٧٣١٤٧ الخرطوم ت: ٢٠٠٢/٦/٢ |

Flat # 1, 1808 Plot 84, Almamourah, Siteen Street, P.O Box 7479, Khartoum
E-mail: info@mik-law.org       Web: www.mik-law.org



**Prof. Mohamed Ibrahim Khalil**
*& Associates*
Advocates & Commissioners of Oaths

البروفسير/ محمد ابراهيم خليل
وزملاؤه
محـامـون وموثقـون

---



جواز B0811993 الخرطوم ت: ٢٠٠٦/٣/٢٦

جواز C0688524 الخرطوم ت: ٢٠١٠/١٠/١٩

جواز B0471946 الخرطوم ت: ٢٠٠٤/٩/٢٥

أميرة ابراهيم سعيد ابراهيم

عائدة ابراهيم سعيد ابراهيم

وداد ابراهيم سعيد ابراهيم

**الشـهود**

٢ـ أحمد أبو كشوه جعفر أحمد
جواز سفر C0510961
الخرطوم في ٢٨ يناير ٢٠٠٩م

١ـ محمد الريح أحمد عبد الله
بطاقة محاماة رقم ١٧٧٤٠
صادرة بتاريخ ٢٠١١/٧/٣م

ت/ م/ أ / خ / ٧ / ٢٠١٢

بهذا أنا البروفسير/محمد ابراهيم خليل المحامي وموثق العقود أقر بأنه حضر أمـامـي كـن من عبد القادر ابراهيم سعيد ابراهيم وسعاد ابراهيم سعيد ابراهيم و أمل ابراهيم سعيد ابراهيم وكوثر ابراهيم سعيد ابراهيم ومها ابراهيم سعيد ابراهيم وأميرة ابراهيم سعيد ابراهيم وعايدة ابراهيم سعيد بتاريخ ٢٠ مارس٢٠١٢م وبما أنهم معروفون لدي وبعد التثبت من شخصياتهم بالرجوع الى جوازات سفرهم، وبطاقاتهم الشخصية، وجنسياتهم فقد وقعوا على هذا الاقرار تحت اليمين بحضور الشهود الموقعين أعلاه على المستند، وهم مدركون بمحتوياته.

صدر تحت ختمي وتوقيعي في هذا اليوم العشرين من مارس عام ٢٠١٢م.



محمد ابراهيم خليــــل
المحامي والموثق ـ الخرطوم

Flat # 1, 1808 Plot 84, Almamourah, Streen Street, P.O.Box 7479, Khartoum   Tel: 015488620 - Emergencies 0123920041
E-mail: info@mik-law.org   Web: www.mik-law.org

In the Name of Allah, The Most Gracious, The Most Merciful
Khartoum State
Ministry of Planning and Urban Development
Land Department

Land Department

135249

Date: 20 March 2014      The shares (4, 15, 16, 17, 18 and 19)

Financial Manager of Land Department

Subject: Transferring an Agriculture Plot into a Residential One
Plot No. 117          Zone: Matary Al Halfaia          Area: 13,315 Feddans

You are kindly requested to collect the following amount from Mr. Mohamed El Fatih Ibrahim Saeed and others

| Description | Amount | |
|---|---|---|
| | Pound | Piaster |
| Transferring the Plot No. 117 Matary Al Halfaia (the shares Nos. 4, 15, 16, 17, 18 and 19) from an agricultural plot into a residential one. | 13,950,225 | |
| Planning fees | 41,850 | |
| Students support | 100 | |
| Profession | 15 | |
| Stamp | 1 | |
| Total: only thirteen million, nine hundred and ninety two thousand and one hundred and ninety one Pounds | 13,992,191 | |



**Name of the Office Director**:   **Name of the Department**
Eshraqah Mohammed           **Inspector**: Salma Ahmed Abdul
                                        Rehim

**Signature**: [Signed]            **Signature**: [Signed]

**Name of the Accountant**:    Receipt No. _____
[Signed]

**Signature**: [Signed]            Date: _____

- This Document shall only be valid if it is stamped with the Accounting Department seal.
- This Document shall only be valid if it is stamped with the relevant Land Office seal.

[Stamped with a seal reading: Khartoum State, Ministry of Planning and Urban Development, Land Department, Dispossession & Settlement]



بسم الله الرحمن الرحيم

**ولاية الخرطوم**

**وزارة التخطيط والتنمية العمرانية**

**مصلحة الأراضي**

رئاسة مصلحة الأراضي

135249

التاريخ: ٢٠١٤/١٢/...

السيد / المدير المالي لمصلحة الأراضي

الموضوع: ......................... القطعة رقم ١١٧ ................

أرجو التكرم بتحصيل المبلغ أدناه من المواطن: .........................

| المبلغ | | البنـــود |
|---|---|---|
| قرش | جنيه | |
|  | ١٣,٩٥٠,٥٥٥ | كشف القطعة ١١٧ مطربكلي (الحوض ٤ - ٥١ |
|  |  | ١٦ - ١٧ - ١٨ - ١٩) |
|  | ١٤,٥٨٥ | رسوم تخطيط |
|  | ١٥ | دمغة هلال |
|  | ... |  |
|  | ١ |  |
|  | ١٩١,٩٩٥,١٣ | الجملة فقط |

اسم مدير المكتب: ..........................   التوقيع: ..........................
اسم المحاسب: ..........................   التوقيع: ..........................
رقم الإيصال: ..........................   التاريخ: ..........................

◆ لا يعتمد بدون ختم الحسابات.
◆ لا يعتمد بدون ختم مكتب الأراضي المختص.



In the Name of Allah, The Most Gracious, The Most Merciful
Ministry of Planning and Urban Development
General Department for Survey
Northern District Survey Office

Date: 22/09/2013                    Ref No. MPUD/Survey/63/P

Director of Dispossession and Settlement Department

### Subject: Agricultural Plot No. 117
### the Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia

Further to your letter No. MPUD/GDS/DSD/2/1/2013 dated 18/09/2013 on the above mentioned subject, please find hereunder the detailed numbers of some plots, areas, overlap and locations in the Zone: 3 Kafouri, 117 Matary Al Halfaia,the Shares Nos. 4, 15, 16, 17, 18 and 19:

| Plot No. | Total Area in M² | Overlap in M² | Remarks |
|---|---|---|---|
| 1699 | 447 | 447 | (Residential Plot) overlooking the northwestern direction |
| 1700 | 427 | 427 | (Residential Plot) overlooking the northern direction |
| 1701 | 429 | 429 | (Residential Plot) overlooking the northern direction |
| 1702 | 430 | 430 | (Residential Plot) overlooking the northern direction |
| 1703 | 431 | 431 | (Residential Plot) overlooking the northern direction |
| 1704 | 468 | 468 | (Residential Plot) overlooking the northwestern direction |
| 1705 – 1709 | 468 | 468 | (Residential Plots) overlooking the northern direction |



| 1710 | 468 | 468 | (Residential    Plot)    overlooking    the northeastern direction |
| 1711 | 526 | 526 | (Residential    Plot)    overlooking    the northwestern direction |
| 1712 – 1715 | 526 | 526 | (Residential    Plots)    overlooking    the northern direction |
| 1716 | 416 | 416 | (Residential    Plot)    overlooking    the northeastern direction |
| 1717 | 456 | 456 | (Residential    Plot)    overlooking    the northwestern direction |
| 1718 – 1723 | 434 | 434 | (Residential    Plots)    overlooking    the northern direction |
| 1724 | 434 | 434 | (Residential Plot) overlooking the eastern direction |
| 1725 | 400 | 400 | (Residential    Plot)    overlooking    the northwestern direction |
| 1726 | 400 | 400 | (Residential    Plot)    overlooking    the northern direction |
| 1727 | 400 | 400 | (Residential    Plot)    overlooking    the northeastern direction |
| 1728 | 400 | 400 | (Residential    Plot)    overlooking    the northwestern direction |
| 1729 | 400 | 400 | (Residential    Plot)    overlooking    the northern direction |
| 1730 | 400 | 400 | (Residential    Plot)    overlooking    the northwestern direction |
| 1731 | 1789 | 1789 | (space) overlooking all directions |
| 1732 | 487 | 487 | (Residential    Plot)    overlooking    the northwestern direction |
| 1733 | 437 | 437 | (Residential    Plot)    overlooking    the northeastern direction |
| 1735 | 479 | 479 | (Residential    Plot)    overlooking    the southwestern direction |



| 1736 | 397 | 397 | (Residential Plot) overlooking the southeastern direction |
| 1737 | 398 | 398 | (Residential Plot) overlooking the southern direction |
| 1738 | 398 | 398 | (Residential Plot) overlooking the southwestern direction |
| 1739 | 400 | 400 | (Residential Plot) overlooking the southeastern direction |
| 1740 | 400 | 400 | (Residential Plot) overlooking the southern direction |
| 1741 | 400 | 400 | (Residential Plot) overlooking the southwestern direction |
| 1742 | 437 | 437 | (Residential Plot) overlooking the southeastern direction |
| 1743 – 1744 | 438 | 438 | (Residential Plots) overlooking the southern direction |
| 1745 | 439 | 439 | (Residential Plot) overlooking the southern direction |
| 1746 | 440 | 440 | (Residential Plot) overlooking the southern direction |
| 1747 | 441 | 441 | (Residential Plot) overlooking the southern direction |
| 1748 | 442 | 442 | (Residential Plot) overlooking the southern direction |
| 1749 | 410 | 410 | (Residential Plot) overlooking the southwestern direction |
| 1750 | 450 | 450 | (Residential Plot) overlooking the northwestern direction |
| 1751 – 1753 | 424 | 424 | (Residential Plots) overlooking the northern direction |
| 1754 | 424 | 424 | (Residential Plot) overlooking the northeastern direction |



| 1755 | 400 | 400 | (Residential Plot) overlooking the northern direction |
| 1756 – 1759 | 400 | 400 | (Residential Plots) overlooking the northern direction |
| 1760 | 400 | 400 | (Residential Plot) overlooking the northeastern direction |
| 1761 | 400 | 400 | (Residential Plot) overlooking the northwestern direction |
| 1762 – 1765 | 400 | 400 | (Residential Plots) overlooking the northern direction |
| 1766 | 400 | 400 | (Residential Plot) overlooking the northeastern direction |
| 1767 | 400 | 400 | (Residential Plot) overlooking the northwestern direction |
| 1768 | 400 | 400 | (Residential Plot) overlooking the northern direction |
| 1769 | 447 | 447 | (Residential Plot) overlooking the northeastern direction |
| 1770 | 564 | 564 | (Residential Plot) overlooking the southeastern direction |
| 1771 | 400 | 400 | (Residential Plot) overlooking the southern direction |
| 1772 | 400 | 400 | (Residential Plot) overlooking the southwestern direction |
| 1773 | 400 | 400 | (Residential Plot) overlooking the southeastern direction |
| 1774 – 1777 | 400 | 400 | (Residential Plots) overlooking the southern direction |
| 1778 | 400 | 400 | (Residential Plot) overlooking the southwestern direction |
| 1779 | 400 | 400 | (Residential Plot) overlooking the southeastern direction |



| 1780 – 1783 | 400 | 400 | (Residential Plots) overlooking the southern direction |
|---|---|---|---|
| 1784 | 400 | 400 | (Residential Plot) overlooking the southwestern direction |
| 1785 | 424 | 424 | (Residential Plot) overlooking the southeastern direction |
| 1786 – 1788 | 424 | 424 | (Residential Plots) overlooking the southern direction |
| 1789 | 397 | 379 | (Residential Plot) overlooking the southwestern direction |

**Head of Land Demarcation Office: Mr. Abdul Salam Abdullah Al Jaali**
[Signed]

**District Engineer: Mr. Emad Abdul Hafiz Awad**
[Signed]

**Eng. Ahmed Abdul Kareem Saleh**
**Director of North District Survey Office**
[Signed]

[Stamped with a seal reading: General Department for Survey, Khartoum State, North District Survey Office]



بسم الله الرحمن الرحيم
وزارة التخطيط والتنمية العمرانية
الإدارة العامة للمساحة

التاريخ/ ٢٠١٣/٩/٢٢م     النمرة/ وخ د/ مساحة / ٢٣ ق

السيد/ مدير ادارة النزع والتسويات

السلام عليكم ورحمة الله وبركاته

## الموضوع/ القطعة الزراعية رقم ١١٧
### الحصص ٤ – ١٥ – ١٦ – ١٧ – ١٨ – ١٩مطري الحلفايا

بالإشارة لخطابكم بالنمرة/و ت ع م ع/أم/أن ت/١/١/٢٠١٣ بتاريخ/ ١٨/ ٩/ ٢٠١٣م والخاص بالموضوع اعلاه تجدون ادناه تفصيلا بارقام بعض القطع والمساحات والتداخل والمواقع بمربع ٣ كافوري المطري١١٧ الحلفايا الحصص ٤ – ١٥ – ١٦ – ١٧ – ١٨ – ١٩ :-

| ملحوظات | التداخل بالمتر المربع | المساحة الكلية بالمتر المربع | رقم القطعة |
|---|---|---|---|
| (قطعة سكنية) تفتح شمال غرب | ٤٤٧ | ٤٤٧ | ١٦٩٩ |
| (قطعة سكنية) تفتح شمال | ٤٢٧ | ٤٢٧ | ١٧٠٠ |
| (قطعة سكنية) تفتح شمال | ٤٢٩ | ٤٢٩ | ١٧٠١ |
| (قطعة سكنية) تفتح شمال | ٤٣٠ | ٤٣٠ | ١٧٠٢ |
| (قطعة سكنية) تفتح شمال شرق | ٤٣١ | ٤٣١ | ١٧٠٣ |
| (قطعة سكنية) تفتح شمال غرب | ٤٦٨ | ٤٦٨ | ١٧٠٤ |
| (قطع سكنية) تفتح شمال | ٤٦٨ | ٤٦٨ | ١٧٠٩ – ١٧٠٥ |
| (قطعة سكنية) تفتح شمال شرق | ٤٦٨ | ٤٦٨ | ١٧١٠ |
| (قطع سكنية) تفتح شمال غرب | ٥٢٦ | ٥٢٦ | ١٧١١ |
| (قطع سكنية) تفتح شمال | ٥٢٦ | ٥٢٦ | ١٧١٥ – ١٧١٢ |
| (قطعة سكنية) تفتح شمال شرق | ٤٦٦ | ٤٦٦ | ١٧١٦ |
| (قطعة سكنية) تفتح شمال غرب | ٤٥٦ | ٤٥٦ | ١٧١٧ |
| (قطع سكنية) تفتح شمال | ٤٣٤ | ٤٣٤ | ١٧٢٣ – ١٧١٨ |
| (قطعة سكنية) تفتح شمال شرق | ٤٣٤ | ٤٣٤ | ١٧٢٤ |
| (قطعة سكنية) تفتح شمال غرب | ٤٠٠ | ٤٠٠ | ١٧٢٥ |
| (قطعة سكنية) تفتح شمال | ٤٠٠ | ٤٠٠ | ١٧٢٦ |
| (قطعة سكنية) تفتح شمال شرق | ٤٠٠ | ٤٠٠ | ١٧٢٧ |
| (قطعة سكنية) تفتح شمال غرب | ٤٠٠ | ٤٠٠ | ١٧٢٨ |
| (قطعة سكنية) تفتح شمال | ٤٠٠ | ٤٠٠ | ١٧٢٩ |
| (قطعة سكنية) تفتح شمال غرب | ٤٠٠ | ٤٠٠ | ١٧٣٠ |
| (رقعة) تفتح شمال جنوب شرق غرب | ١٧٠٨ | ١٧٠٨ | ١٧٣١ |
|  | ٧٨٩ | ٧٨٩ |  |
| (قطعة سكنية) تفتح شمال غرب | ٤٨٥ | ٤٨٥ | ١٧٣٢ |

Communication Legal Translation
Salih Al Zein
مترجم قانوني

تابع المطرى ١١٧ الحلفايا (مربع ٣ دفورى)

| ملحوظات | التداخل بالمتر المربع | المساحة الكلية بالمتر المربع | رقم القطعة |
|---|---|---|---|
| (قطعة سكنية) تفتح شمال شرق | ٤٣١ | ٤٣١ | ١٧٣٣ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٧٩ | ٤٧٩ | ١٧٣٥ |
| (قطعة سكنية) تفتح جنوب شرق | ٣٩٧ | ٣٩٧ | ١٧٣٦ |
| (قطعة سكنية) تفتح جنوب | ٣٩٨ | ٣٩٨ | ١٧٣٧ |
| (قطعة سكنية) تفتح جنوب غرب | ٣٩٨ | ٣٩٨ | ١٧٣٨ |
| (قطعة سكنية) تفتح جنوب شرق | ٤٠٠ | ٤٠٠ | ١٧٣٩ |
| (قطعة سكنية) تفتح جنوب | ٤٠٠ | ٤٠٠ | ١٧٤٠ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٠٠ | ٤٠٠ | ١٧٤١ |
| (قطعة سكنية) تفتح جنوب شرق | ٤٣٧ | ٤٣٧ | ١٧٤٢ |
| (قطعة سكنية) تفتح جنوب | ٤٣٨ | ٤٣٨ | ١٧٤٣ ــ ١٧٤٤ |
| (قطعة سكنية) تفتح جنوب | ٤٣٩ | ٤٣٩ | ١٧٤٥ |
| (قطعة سكنية) تفتح جنوب | ٤٤٠ | ٤٤٠ | ١٧٤٦ |
| (قطعة سكنية) تفتح جنوب | ٤٤٩ | ٤٤١ | ١٧٤٧ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٤٢ | ٤٤٢ | ١٧٤٨ |
| (قطعة سكنية) تفتح شمال غرب | ٤١٠ | ٤١٠ | ١٧٤٩ |
| (قطعة سكنية) تفتح شمال | ٤٥٠ | ٤٥٠ | ١٧٥٠ |
| (قطعة سكنية) تفتح شمال شرق | ٤٢٤ | ٤٢٤ | ١٧٥١ ــ ١٧٥٣ |
| (قطعة سكنية) تفتح شمال | ٤٢٤ | ٤٢٤ | ١٧٥٤ |
| (قطعة سكنية) تفتح شمال | ٤٠٠ | ٤٠٠ | ١٧٥٥ |
| (قطعة سكنية) تفتح شمال شرق | ٤٠٠ | ٤٠٠ | ١٧٥٦ ــ ١٧٥٩ |
| (قطعة سكنية) تفتح شمال غرب | ٤٠٠ | ٤٠٠ | ١٧٦٠ |
| (قطعة سكنية) تفتح شمال | ٤٠٠ | ٤٠٠ | ١٧٦١ |
| (قطعة سكنية) تفتح شمال شرق | ٤٠٠ | ٤٠٠ | ١٧٦٢ ــ ١٧٦٥ |
| (قطعة سكنية) تفتح شمال غرب | ٤٠٠ | ٤٠٠ | ١٧٦٦ |
| (قطعة سكنية) تفتح شمال | ٤٠٠ | ٤٠٠ | ١٧٦٧ |
| (قطعة سكنية) تفتح شمال شرق | ٤٤٧ | ٤٤٧ | ١٧٦٩ |
| (قطعة سكنية) تفتح جنوب شرق | ٥٦٤ | ٥٦٤ | ١٧٧٠ |
| (قطعة سكنية) تفتح جنوب | ٤٠٠ | ٤٠٠ | ١٧٧١ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٠٠ | ٤٠٠ | ١٧٧٢ |
| (قطعة سكنية) تفتح جنوب شرق | ٤٠٠ | ٤٠٠ | ١٧٧٣ |
| (قطعة سكنية) تفتح جنوب | ٤٠٠ | ٤٠٠ | ١٧٧٤ ــ ١٧٧٧ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٠٠ | ٤٠٠ | ١٧٧٨ |
| (قطعة سكنية) تفتح جنوب شرق | ٤٠٠ | ٤٠٠ | ١٧٧٩ |
| (قطعة سكنية) تفتح جنوب | ٤٠٠ | ٤٠٠ | ١٧٨٠ ــ ١٧٨٣ |
| (قطعة سكنية) تفتح جنوب غرب | ٤٠٠ | ٤٠٠ | ١٧٨٤ |
| (قطعة سكنية) تفتح جنوب شرق | ٤٢٤ | ٤٢٤ | ١٧٨٥ |
| (قطعة سكنية) تفتح جنوب | ٤٢٤ | ٤٢٤ | ١٧٨٦ ــ ١٧٨٨ |
| (قطعة سكنية) تفتح جنوب غرب | ٣٦٩ | ٣٩٧ | ١٧٨٩ |

وائه الموفق

رئيس مكتب الرسم / عبد السلام عبد الله الجعفى
مهندس المنطقة / عماد عبد الحفيظ عوض

مهندس / احمد عبد الكريم صالح
مدير مساحة منطقة بحرى

In the Name of Allah, The Most Gracious, The Most Merciful

Sudan Judiciary

**The Republic of Sudan**
**The Judiciary**
**General Registrar of Land**

Ref No. GRL/10/1/1
Date: 20/06/2013

Head of Khartoum Northern Area Land Registrations Department

### Subject: Deregistration of the Agricultural Plot No. 117; Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia

Dear Sir,

Further to the above mentioned subject, you are kindly requested to deregister the said agricultural shares and transfer the plot from an agricultural plot to a residential one, noting that the relevant fees were paid against Receipt No. 1046145 dated 20/06/2013.

**Best regards,**
**Abdul Rahman Ali Abdullah**
**Judge of the Supreme Court**
**Registrar of Lands General**

[Signed]





the Republic of Sudan
The Judiciary
Registrar Of Lands General

جمهورية السودان
السلطــة القضائيــة
المسجــل الـعـام لـلأراضي

النمرة: م ع أ/ ١٠/١/١
التاريخ: ٢٠١٣/٦/٢٠م

السيد/ رئيس تسجيلات اراضى الخرطوم بحرى

تسلم عليكم وتزكم (الله نعمل وتزكيته)

الموضوع : قفل سجل القطعة الزراعية رقم ١١٧ الحصص ٤ ، ١٥ ، ١٦ ، ١٧ ،
١٨ ، ١٩ مطرى الحلفايا

أحيل اليكم اجراءات قفل سجل الحصص اعلاه لتكرموا بقفل السجل الزراعى
وتحويله الى سكنى  بعد ان تم سداد الرسوم بالايصال ١٠٤٦١٤٥ بتاريخ
٢٠١٣/٦/٢٠م

وشكرا

عبد الرحمن عفى عبد الله
قاضى المحكمة العليا
المسجل العام للاراضى



Land Department

General Manager's Office

Ref No. LD/MT/1                                   Date: 6/06/2013

General Registrar of Lands

## Subject: Deregistration of the Agricultural Plot No. 117; Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia

**Dear Sir,**

Further to the above mentioned subject, please be advised that the purpose of the above mentioned agricultural plot was changed as per the Planning Resolution No. 347/2013 (State), Map No. 335/2013 dated 15/05/2013 (a copy of which is attached hereto), and Khartoum State Cabinet Competent Committee's Resolution No. 181/2012 dated 12/02/2012.

Therefore, we kindly request you to deregister of the above mentioned agricultural plot.

**Best regards,**
[Signed]
**Ahmed Edris Ali**
**General Manager**

Vision: Towards a National, Safe and Civilized Capital
Khartoum – Al Mujahidin District – Tel: 0120600166 Fax: 0183730452



السيد/ الممثل العام للزراعي

السلام عليكم ورحمة الله وبركاته

الموضوع : قتلي بمثل الخدمة الزراعية رقم (١١٧)

الجمعي (٤ ، ١٥ ، ١٦ ، ١٧ ، ١٨ ، ٢١) بقرى الخفاجية

بالإشارة للموضوع أعلاه ، أفيدك بأن قطعة الزراعية أعلاه تم
تغير غرضها بموجب القرار التنفيذي رقم ٢٠١٣/٣١٠م (و لا) و بجلسة رقم
٢٠١٣/٣٣٥ بتاريخ ٢٠١٣/٣/٥م لمرفق مسودة وبموجب قرار لجنة
المفروضة لمجلس وزراء وأيضاً لمرفقة ٢٠١٢/١/٦ بتاريخ
٢٠١٢/٣/٢م

عليه نرجو التكرم بنقل بمثل الخدمة الزراعية المذكوره .....

و الله الموفق .....

أتمنى الزراعي ممثى

المدير العام



In the Name of Allah, The Most Gracious, The Most Merciful
Khartoum State
Ministry of Agriculture, Livestock and Irrigation
Agricultural Land Regulatory Committee

Date: 10/10/2012                                    Ref No. 38/L/1

Director of Urban Planning Department

Subject: Changing the Purpose of the Plot No. 117; Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia

That is registered in the name of Ms. Souad Ibrahim Saeed, Ms. Kawthar Ibrahim Saeed, Mr. Awad Al Kareem Ibrahim Saeed, Mr. Mohamed El Fatih Ibrahim Saeed, Mr. Abdel Qader Ibrahim Saeed, Ms. Amal Ibrahim Saeed, Ms. Amira Ibrahim Saeed, Ms. Aida Ibrahim Saeed, Ms. Maha Ibrahim Saeed and Ms. Wedad Ibrahim Saeed

Of a Surface Area of 13,315 Feddans

The above mentioned subject was referred to the Agricultural Land Regulatory Committee during its meeting No. 1 held on 6/01/2010. In such meeting, the Committee approved  changing the purpose of the above mentioned plot whose area is 13,315 Feddans (the plot is located at the urban zone as per the joint committee's decision) in compliance with the conditions and regulations of the Ministry of Urban Planning.

Best regards,

Dr. Tag Al Deen Osman Saeed
General Manager of the Ministry of Agriculture - Khartoum State
Head of Agricultural Land Regulatory Committee
[Signed]

Fees were paid against the Receipt No. 1108699 dated 10 July 2012.





بسم الله الرحمن الرحيم
ولاية الخرطوم
وزارة الزراعة والثروة الحيوانية والري
لجنة التصرف في الاراضي الزراعية

التاريخ : ١٠/١٠/٢٠١٢م          النمرة : ٣٦/١/١

الســـــــــيد/ مدير إدارة التخطيط العمراني

سلام عليكم ورحمة الله وبركاته

الموضوع : تغيير غرض القطعه بالرقم (١١٧) الخمس (٤ و ١٥ و ١٦ و ١٧ و ١٨ و ١٩)
مطوى اخفايا

باسم / سعد ابراهيم سعيد وكوثر ابراهيم سعيد وعوض الكريم ابراهيم سعيد و محمد الفتح ابراهيم سعيد
وعبدالقادر ابراهيم سعيد وامل ابراهيم سعيد و عزة ابراهيم سعيد وعايده ابراهيم سعيد و مها  ابراهيم سعيد
ورواد ابراهيم سعيد

مساحة : ١٣,٣١٥ فدان

عرض الموضوع اعلاه على لجنة التصرف فى الاراضى الزراعية خلال اجتماعها
رقم (١) بتاريخ ١/٦ /٢٠١٠م  وقررت النجنة الموافقة على تغيير غرض القطعه اعلاه
بمساحة (١٣,٣١٥) فدان (القطعه تقع فى المنطقه الحضريه حسب قرار اللجنه المشتركه )
وذلك وفق شروط ولوائح وزارة التخطيط العمرانى .

وجزاكم الله خيرآ ،،

د . تاج الدين عثمان سعيد
مدير عام وزارة الزراعة ولاية الخرطوم
رئيس لجنة التصرف في الاراضي الزراعية

تم سداد الرسوم بايصال رقم ١١٠٨٦٩٩ بتاريخ ١٠/٧/٢٠١٢م



In the Name of Allah, The Most Gracious, The Most Merciful
Ministry of Planning and Infrastructure
State Committee Secretariat for Urban Planning

Ref No. 38/C/1/3/5                          Date: 15/05/2013

## Subject: Changing the Purpose and Detailed Planning of the Agricultural Plot No. 117; Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia/North

As per the Agricultural Land Regulatory Committee's approval dated 10/10/2012, plot survey certificate, layout approved by the North Survey Department, the Higher Committee for Agricultural/Urban Plots Mapping's approval dated 17/09/2012, and Khartoum State Cabinet Authorized Committee's Resolution No. 181/2012 dated 12/12/2012 and the General Department for Urban Planning's Memorandum,

The State Committee for Urban Planning attested, in its session No. 18 dated 29/04/2013, changing the plot from an agricultural plot to an urban one as well as attesting the detailed planning of the agricultural plot No. 117 in relation to the Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia/North, as per the following details:

1. The share No. 4 includes the following:
   - 18 residential plots of different areas (within the boundaries of the agricultural plot).
2. The shares Nos. 15, 16, 17, 18 and 19 include the following:
   - 72 residential plots of different areas (within the boundaries of the agricultural plot).
   - 1,791 M² space
   - 15 M bystreets
   - **As clarified in the map attached hereto.**
   - **Please find hereunder the form, number of resolution and map in order to complement the remaining procedures.**



**Resolution No. 347/2013 (State)**          **Map No. 335/2013**

The State Committee for Urban Planning ratified changing the plot from an agricultural plot to an urban one as well as attesting the detailed planning of the agricultural plot No. 117 in relation to the Shares Nos. 4, 15, 16, 17, 18 and 19 Matary Al Halfaia/North, as clarified in the resolution mentioned hereinabove and map attached hereto.

Eng. Edris Abdullah Khogli          Eng. Mahassen Mohammed Al Khedr

Head of State Committee for Urban Planning          Secretary General of State Committee for Urban Planning

[Signed]          [Signed]

[Stamped with a seal reading: Khartoum State, Ministry of Planning and Urban Development, State Committee Secretariat for Urban Planning]

CC:

1. Mr. Governor of Khartoum State
2. Mr. Minister
3. Director of North Municipality
4. Mr. General Manager of the Ministry of Planning and Infrastructure
5. Mr. General Registrar of Land
6. Mr. General Manager of Land Department
7. Mr. Director of Khartoum State Urban Planning Department
8. Mr. Director of Survey Department – Khartoum State
9. Mr. Senior Officer of North Land Registrations
10. Mr. Director of North Land
11. Mr. Director of North Survey
12. Mr. Director of Roads Department
13. Mr. General Manager of National Electricity Corporation
14. Mr. General Manager of Khartoum State Water Corporation
15. Mr. General Manager of the Ministry of Finance, Economy and Workforce
16. Mr. Director of Buildings and Urban Development Control Department
17. Mr. Director of North Planning Office
18. Mr. Director of Technical Unit for Structural Plan Enforcement Control



بم ﷲ الرحمن الرحيم

**ولاية الخرطوم**
**وزارة التخطيط والبنى التحتية**
**أمانة لجنة الولاية للتخطيط العمراني**

النمرة :- ٢٨/١/ج/٢٠ ٥                     التاريخ:٢٥/٤/٢٠١٣

الموضوع :- تغيير غرض والتخطيط التفصيلي للقطعة الزراعية رقم ١١٧
القصص ٤- ١٥- ١٦- ١٧- ١٨- ١٩ بطري الشقايا بحري

بناءً على موافقة لجنة التصرف فى الاراضى الزراعية بتاريخ ١٠/١٠/٢٠١٢ وشهادة بحث
القطعة اعلاه وكروكى معتمد من مساحة بحرى وموافقة اللجنة العليا لتحريض الاراضى الزراعية .
الحضرية بتاريخ ١٧/٩/٢٠١٢ وموافقة اللجنة الفرعية خمس وزراء ولاية الخرطوم قرار رقم
٢٠١٢/١٨١ بتاريخ ١١/١٢/٢٠١٢ ومشاركة الادارة العامة للتخطيط العمرانى .

صادقت لجنة الولاية للتخطيط العمرانى فى جلستها رقم (١٨) بتاريخ ٢٩/٤/٢٠١٣ على تغير
الغرض من زراعى الى حضرى واستخطط التفصيلي للقطعة الزراعية رقم   ١١٧  القصص
٤- ١٥- ١٦- ١٧- ١٨- ١٩  بطري الشقايا / بحري وذلك بالتفاصيل الآتية :-

١- الحصة ٤ تحتوى على الآتى :-

– عدد ١٨ قطعة سكنية بمساحات مختلفة  (داخل حدود القطعة الزراعية ).
٢- الحصص ١٥- ١٦- ١٧- ١٨- ١٩ تحتوى الاتى :-

– عدد ٧٢ قطعة سكنية بمساحات مختلفة ( داخل حدود القطعة الزراعية ).
–  فسحة بمساحة ١٧٩١م٢ .
– الشوارع الداخلية بعرض ١٥م.

– كما موضح بالخريطة المرفقة.
– نجدون أدناه بصيغة ونمرة القرار والخريطة للتكرم بتكملة بقية الإجراءات .



القرار رقم ٣٤٧ /٢٠١٣(ولاية)

الخريطة رقم ٢٠١٣/٣٣٥

صدقت لجنة الولاية للتخطيط العمراني على تغيير غرض والتخطيط التفصيلي للقطعة الزراعية رقم ١١٧ الحصص ٤– ١٥– ١٦– ١٧–١٨– ١٩مطري الخلفايا / بحري – كما موضح بصدر القرار والخريطة المرفقة .



م/ إدريس عبد الله غوطلو
رئيس لجنة الولاية للتخطيط العمراني

م/ مناسن محمد الخضر
أمين عام لجنة الولاية للتخطيط العمراني

معنون إلى :-

١/ السيد/ والي ولاية الخرطوم

٢/ السيد/ الوزير

٣/ السيد/ معتمد محلية بحري

٤/ السيد/ مدير عام وزارة التخطيط والبنى التحتية

٥/ السيد/ مسجل عام الأراضي

٦/ السيد/ مدير عام مصلحة الأراضي

٧/ السيد/ مدير إدارة التخطيط العمراني ولاية الخرطوم

٨/ السيد/ مدير إدارة  المساحة - ولاية الخرطوم

٩/ السيد/ كبير رؤساء تصنيدات أراضي بحري

١٠/ السيد/ مدير أراضي بحري

١١/ السيد/ مدير مساحة بحري

١٢/ السيد/ مدير إدارة الطرق

١٣/ السيد/ مدير عام الهيئة القومية للكهرباء

١٤/ السيد/ مدير عام هيئة مياه - ولاية الخرطوم

١٥/ السيد/ مدير عام وزارة المالية والاقتصاد والقوى العاملة

١٦/ السيد/ مدير إدارة المباني وضبط النمو العمراني

١٧/ السيد/ مدير مكتب تخطيط بحري

١٨/ السيد/ مدير الوحدة الفنية لمتابعة إنفاذ المخطط الهيكلي

