MARANDA E. FRITZ
THOMPSON HINE LLP
335 Madison Avenue
New York, New York 10017
Phone 212 908-3966
Fax 212 935-1166
Email: maranda.fritz@thompsonhine.com

MARK L. SMITH (Cal. Bar No. 213829)
CLYDE SNOW & SESSIONS
633 West Fifth Street
26th Floor
Los Angeles, California 90071
Email: msmith@clydesnow.com

Attorneys for Relief Defendants
VINCENT MESSINA &
INTERNATIONAL MARKET VENTURES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br>WORLD CAPITAL MARKET INC.; WCM777 INC.; WCM777 LTD. d/b/a WCM777 ENTERPRISES, INC.; and MING XU a/k/a PHIL MING XU,<br>          Defendants,<br>KINGDOM CAPITAL MARKET, LLC; et al.<br>          Relief Defendants. | Case No. CV-14-2334-JFW-MRW<br><br>**DECLARATION OF GARY MESSINA**<br><br>**Evidentiary Hearing**<br><br>Date:     September 5, 2014<br>Time:    8:30 am<br>Place:    Courtroom 16<br>Judge:   Hon. John F. Walter |

1

DECLARATION OF GARY MESSINA

GARY MESSINA, under penalty of perjury, hereby declares as follows:

1. I have worked for more than 30 years, both in government and in the private sector, in the areas of international governmental relations and technology. My work has included service as Chief Information Officer for the Citizenship and Immigration Service within the Department of Homeland Security, as well as four years with L3 Corporation and four years with Raytheon Corporation, two of the four largest defense contractors in the world. Over the last five years, I have also been focused particularly on relations with Africa and the Middle East, and have been involved in Corporate Counsel for Africa and other international organizations.

2. I am also a principal of a consulting firm based on Washington D.C., International Market Ventures ("IMV").

3. I understand that IMV is named as a Relief Defendant in this proceeding even though IMV never received funds from Ming Xu or any of the other defendants.

4. IMV's only interaction with any issues relating to Ming Xu or World Capital Markets arises from funds that I received from Vincent Messina. The first transfer of funds, a total of $100,000, related to a contract that I entered into with Vincent Messina involving the formation of a political action committee. My only agreement was with Vincent Messina, and I performed and continue to perform services that relate to that agreement.

5. In February of 2014, I received other amounts, also transferred from Vincent Messina. Those funds related to a potential business venture that would be undertaken as part of

an agreement with CNC Consulting, and would focus on the development of business opportunities in Africa and the Middle East.

6. Soon after I received those funds, I learned that there was a dispute between Vincent and Ming Xu, and that Xu was seeking return of those funds.

7. I have suffered a series of debilitating health issues over the last two years including three spinal surgeries, two gastrointestinal surgeries, and a life-threatening staphylococcus infection in my spine which necessitated two separate and additional surgeries. As a result, I have had to undergo a lengthy period of treatment and recovery and have been and will continue to be virtually immobile for extended periods of time.

8. Because of these health issues, I had no interest in becoming embroiled in any dispute that Vincent had become involved in, and I advised Vincent that I was not prepared to go forward with the proposed venture.

9. In response, Vincent asked that I send the bulk of the funds to Andrew Savor and I did. He asked that I send the remainder, $100,000, to Thompson Hine to be held in escrow in relation to the dispute, and I did.

10. The only funds that I received and retained was the initial payment of $100,000 for services relating to the formation and I have, over the course of many months, performed

those services.

Dated: August 22, 2014

_____
Gary Messina

Sworn to before me this 22nd day of August 2014

_Polly A. Brody_
My commission expires 10/21/2017

---

4

**DECLARATION OF GARY MESSINA**