JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
PETER F. DEL GRECO, Cal. Bar. No. 164925
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>WORLD CAPITAL MARKET, INC.; WCM777, INC.; WCM777, LTD. dba WCM777 ENTERPRISES, INC.; and MING XU a/k/a "PHIL" MING XU,<br><br>            Defendants,<br><br>      and<br><br>KINGDOM CAPITAL MARKET, LLC; MANNA HOLDING GROUP, LLC; MANNA SOURCE INTERNATIONAL, INC.; WCM RESOURCES, INC.; AEON OPERATING, INC.; PMX JEWELS, LTD.; TOPACIFIC INC.; TO PACIFIC INC.; VINCENT J. MESSINA; and INTERNATIONAL MARKET VENTURES,<br><br>            Relief Defendants. | Case No. 2:14-cv-02334-JFW-MRW<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANTS VINCENT J. MESSINA AND INTERNATIONAL MARKET VENTURES** |

1  This case having come before the Court on Plaintiff's Motion for Order of
2  Disgorgement from Relief Defendants Vincent J. Messina and International Market
3  Ventures (Dkt. No. 266); and the Court having issued its Order Granting Plaintiff
4  Securities and Exchange Commission's Motion for Order of Disgorgement from Relief
5  Defendants Vincent J. Messina and International Market Ventures (Dkt. No. 284) which
6  ordered Relief Defendant Vincent Messina to disgorge $5,000,000 and further ordered
7  that Relief Defendants Vincent Messina and International Market Ventures beheld jointly
8  liable for $941,505 of that amount; and the Court further ordered that such payment was
9  to be made by February 17, 2015; and that Order having fully adjudicated the issues and
10 claims involving Relief Defendants Vincent J. Messina and International Market
11 Ventures, now therefore:

**I.**

13 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief
14 Defendant Vincent J. Messina is liable for disgorgement of $5,000,000 representing ill-
15 gotten gains he received from the Defendants' fraudulent conduct and to which he has no
16 legitimate claim. Relief Defendant Vincent J. Messina shall satisfy this obligation by
17 paying $5,000,000 to the Permanent Receiver, Krista J. Freitag, pursuant to the terms of
18 this Court's Order Granting Plaintiff Securities and Exchange Commission's Motion for
19 Order of Disgorgement from Relief Defendants Vincent J. Messina and International
20 Market Ventures (Dkt. No. 284). The Plaintiff may enforce the Court's judgment for
21 disgorgement by moving for civil contempt (and/or through other collection procedures
22 authorized by law) at any time after 14 days following entry of this Final Judgment.
23 Relief Defendant shall pay post-judgment interest on any delinquent amounts pursuant to
24 28 U.S.C. § 1961.

**II.**

26 IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that
27 Relief Defendant International Market Ventures is jointly liable with Relief Defendant
28 Vincent J. Messina for disgorgement of $941,505 of the $5,000,000, which amount

1

represents that portion of the $5,000,000 that International Market Ventures received from Vincent J. Messina and to which International Market Ventures has no legitimate claim.  Relief Defendant International Market Ventures shall satisfy this obligation by paying $941,505 of any portion of the $5,000,000 not paid by Vincent J. Messina to the Permanent Receiver, Krista J. Freitag, pursuant to the terms of this Court's Order Granting Plaintiff Securities and Exchange Commission's Motion for Order of Disgorgement from Relief Defendants Vincent J. Messina and International Market Ventures (Dkt. No. 284).  The Plaintiff may enforce the Court's judgment for disgorgement by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Relief Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:  February 20, 2015

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE