MARANDA E. FRITZ
THOMPSON HINE LLP
335 Madison Avenue
New York, New York 10017
Phone: 212 908-3966
Fax:     212 935-1166
Email: maranda.fritz@thompsonhine.com

Mark L. Smith (CSB 213829)
Hickey Smith
23 East Colorado Blvd., Suite 203
Pasadena, CA 91105
Phone: 623-737-8525
Email: msmith@hickeysmith.com
Attorneys for Relief Defendants
VINCENT MESSINA &
INTERNATIONAL MARKET VENTURES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WORLD CAPITAL MARKET INC.; WCM777 INC.; WCM777 LTD. d/b/a WCM777 ENTERPRISES, INC.; and MING XU a/k/a PHIL MING XU,<br><br>Defendants,<br><br>and<br><br>KINGDOM CAPITAL MARKET, LLC; LLC; et al.,<br><br>Relief Defendants. | Case No. CV-14-2334- JFW-MRW<br><br>**RELIEF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 304]**<br><br>Date: March 16, 2015<br>Place: Courtroom No. 16<br>     (Hon. John F. Walter) |

THOMPSON HINE LLP
335 Madison Avenue, 12th Floor, New York, NY 10017
Telephone: (212) 344-5680    Facsimile: (212) 344-6101

By Order to Show Cause, dated March 11, 2015, this Court stated that parties had violated the Court's prior directive that pre-trial documents be filed on or before March 6, 2015. The Court directed that lead counsel show cause on or before March 16, 2015 why counsel should not be sanctioned for failing to file those pre-trial documents.

This response is provided to confirm that this Court has adjudicated all issues relating to Relief Defendants, no matters remain for trial, and so no pre-trial documents were filed.

Dated: March 16, 2015

THOMPSON HINE LLP

By: /s/
    MARANDA FRITZ

HICKEY SMITH

By: /s/
    MARK L. SMITH

*Attorneys for Relief Defendants*
*VINCENT MESSINA & INTERNATIONAL MARKET VENTURES*

274890.1

THOMPSON HINE LLP
335 Madison Avenue, 12th Floor, New York, NY 10017
Telephone: (212) 344-5680    Facsimile: (212) 344-6101

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

> Thompson Hine LLP
> 335 Madison Avenue, 12th Floor
> New York, New York 10017-4611

On March 16, 2015, I caused to be served the document entitled **RELIEF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 304]** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at New York, New York, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, New York, with Express mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, New York.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 16, 2015        /s/ Maranda E. Fritz
                            Maranda E. Fritz

RELIEF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 304]

SEC v. WORLD CAPITAL MARKET, et al.
United States District Court – Central District of California
Case No.: 2:14-cv-0334-JFW-MRW

### SERVICE LIST

John B. Bulgozdy
Peter F. Del Greco
David J. Van Havermaat
John W. Berry
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Email: bulgozdyj@sec.gov
Email: delgrecop@sec.gov
Email: vanhavermaatd@sec.gov
Email: berryj@sec.gov
*Attorneys for Plaintiff*

David Van Sambeek, Esq.
Scott W. Wellman, Esq.
Amrita Bimali Walgampaya, Esq.
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Email: davidv@w-wlaw.com
Email: swellman@w-wlaw.com
Email: bwalgampaya@w-wlaw.com
*Pre-receivership Attorney for Defendants World Capital Market Inc., WCM777, Inc., WCM777 Ltd. d/b/a WCM777 Enterprises, Inc., Ming Xu a/k/a Phil Ming Xu and Relief Defendant Manna Source International, Inc.*

Robert E. Barnes, Esq.
BARNES LAW
22631 Pacific Coast Highway, Suite 362
Malibu, CA 90265
Phone: (310) 510-6211
Fax: (310) 510-6225
Email: robertbarnes@barneslawllp.com
*Attorney for Defendant Ming Xu a/k/a Phil Ming Xu*

David Zaro Esq.
Tim C. Hsu, Esq.
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 South Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
Email: dzaro@allenmatkins.com
Email: thsu@allenmatkins.com

THOMPSON HINE LLP
335 Madison Avenue, 12th Floor, New York, NY 10017
Telephone: (212) 344-5680   Facsimile: (212) 344-6101

---

**RELIEF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 304]**

1

1  Edward G. Fates, Esq.
2  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
3  San Diego, CA 92101
   Phone: (619) 233-1155
4  Fax: (619) 233-1158
5  Email: tfates@allenmatkins.com
   *Attorney for Krista J. Freitag, Receiver for World Capital Market Inc.; WCM777, Inc.,*
6  *WCM777, Ltd. d/b/a WCM777 Enterprises, Inc., Kingdom Capital Market, LLC; Manna*
   *Holding Group, LLC; Manna Source International, Inc., WCM Resources, Inc., ToPacific Inc.*
7  *and To Pacific Inc.*

8
   Richard V. Vermazen, Esq.
9  LAW OFFICE OF RICHARD V. VERMAZEN
   1951 Cable Street
10 San Diego, CA 92107
   Email: rvermazen@hotmail.com
11 *Attorney for Relief Defendant Aeon Operating, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**RELIEF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 304]**

2

THOMPSON HINE LLP
335 Madison Avenue, 12th Floor, New York, NY 10017
Telephone: (212) 344-5680   Facsimile: (212) 344-6101