**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. Securities and Exchange Commission | 2:14-cv-02334-JFW-MRW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vincent J. Messina | writ |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JP Morgan Chase Bank NA, Box No.: 0000291

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
860 East Colorado Blvd, Pasadena, CA 91101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carol E. Schultze, Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F. Street NE MS-5628
Washington, D.C. 20549

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

All bank accounts and items of value in safe deposit box number 0000291 at JP Morgan Chase Bank NA, 860 East Colorado Blvd, Pasadena, CA 91101 (phone 626-795-5177). Leslie DeMarco, Special Agent, Federal Housing Finance Agency will serve as the custodian (phone 202-441-1970).

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 202-549-2516 mobile
DATE: 9/9/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 12 | No. 12 | | 9/9/2015 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

FILED
CLERK U.S DISTRICT COURT
SEP 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Date: 9/9/2015   Time: 1:15 [X] pm

Signature of U.S. Marshal or Deputy  #4407

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13