JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
PETER F. DEL GRECO, Cal. Bar. No. 164925
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CAPITAL MARKET, INC.; WCM777, INC.; WCM777, LTD. dba WCM777 ENTERPRISES, INC.; and MING XU a/k/a "PHIL" MING XU,<br><br>Defendants,<br><br>and<br><br>KINGDOM CAPITAL MARKET, LLC; MANNA HOLDING GROUP, LLC; MANNA SOURCE INTERNATIONAL, INC.; WCM RESOURCES, INC.; AEON OPERATING, INC.; PMX JEWELS, LTD.; TOPACIFIC INC.; TO PACIFIC INC.; VINCENT J. MESSINA; and INTERNATIONAL MARKET VENTURES,<br><br>Relief Defendants. | Case No. 2:14-cv-02334-JFW-MRW<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT AEON OPERATING, INC.** |

The Securities and Exchange Commission ("SEC") having filed a Complaint and Relief Defendant Aeon Operating, Inc. ("Aeon") having entered a general appearance, consented to the Court's jurisdiction over Relief Defendant and the subject matter of the action; and consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the $1,276,714 was transferred to the receiver, Krista Freitag, from an account held in the name of WCM Resources, Inc., which account was jointly controlled by defendant Ming Xu and persons associated with Aeon, and that Aeon relinquishes any and all claims to those funds in satisfaction of the SEC's claims against Aeon as a relief defendant in this proceeding.

**II.**

IT IS FURTHER ORDERED, ADJUGED, AND DECREED that the Commission's claim against Aeon shall be, and hereby is, dismissed.

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the terms of the Consent executed by Aeon are incorporated herein.

**IV.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that entry of final judgment against Aeon is proper under Fed. R. Civ. P. 54(b) because the

consent resolves all claims between the SEC and Aeon, and no further matters remain to be adjudicated.

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS SO ORDERED.

Dated: October 30, 2015

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE