JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
PETER F. DEL GRECO, Cal. Bar. No. 164925
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
444 S. Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD CAPITAL MARKET, INC.; WCM777, INC.; WCM777, LTD. dba WCM777 ENTERPRISES, INC.; and MING XU a/k/a "PHIL" MING XU,<br><br>　　　　Defendants,<br><br>　　and<br><br>KINGDOM CAPITAL MARKET, LLC; MANNA HOLDING GROUP, LLC; MANNA SOURCE INTERNATIONAL, INC.; WCM RESOURCES, INC.; AEON OPERATING, INC.; PMX JEWELS, LTD.; TOPACIFIC INC.; TO PACIFIC INC.; VINCENT J. MESSINA; and INTERNATIONAL MARKET VENTURES,<br><br>　　　　Relief Defendants. | Case No. 2:14-cv-02334-JFW-MRW<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT PMX JEWELS, LTD.** |

This case having come before the Court on Plaintiff's Motion for Order of Disgorgement from Relief Defendant PMX Jewels, Ltd. (Dkt. No. 267); and the Court having issued its Order Granting Plaintiff Securities and Exchange Commission's Motion for Order of Disgorgement from Relief Defendant PMX Jewels, Ltd. (Dkt. No. 285) which ordered Relief Defendant PMX Jewels, Ltd. to disgorge $1,300,000, and further ordered that such payment was to be made by February 17, 2015; and that Order having fully adjudicated the issues and claims involving Relief Defendant PMX Jewels, Ltd., now therefore:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant PMX Jewels, Ltd. is liable for disgorgement of $1,300,000 representing ill-gotten gains it received from the Defendants' fraudulent conduct and to which it has no legitimate claim. Relief Defendant PMX Jewels, Ltd. shall satisfy this obligation by paying $1,300,000 to the Permanent Receiver, Krista J. Freitag, pursuant to the terms of this Court's Order Granting Plaintiff Securities and Exchange Commission's Motion for Order of Disgorgement from Relief Defendant PMX Jewels, Ltd. (Dkt. No. 285). The Plaintiff may enforce the Court's judgment for disgorgement by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: December 6, 2016

HON JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1